MABEL ROONEY, Respondent, *v.* WILLIAM F. ROONEY, Appellant.

Submitted June 14, 1940; decided July 24, 1940.

*John W. Simpkins, 2nd,* and *Edward G. Jenkins* for appellant.

*Harry Berger* and *Reuben L. Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.